

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN L. WILLIAMS-EL,

    Plaintiff,

v.

JAMES GREG COX et al.,

    Defendants.

3:15-cv-00422-RCJ-WGC

ORDER

## I. DISCUSSION

On February 12, 2016, this Court dismissed Plaintiff's complaint, with prejudice and without leave to amend, for failure to state a claim. (ECF No. 3 at 5). Plaintiff appealed. (ECF No. 5).

On February 23, 2017, the U.S. Court of Appeals for the Ninth Circuit vacated this Court's order and remanded. (ECF No. 11 at 2). The Ninth Circuit held that dismissal without leave to amend was premature because it was not absolutely clear that the complaint's deficiencies could not be cured by amendment. (*Id.*) The Ninth Circuit directed this Court to give Plaintiff an opportunity to amend his complaint on remand. (*Id.*)

Plaintiff is granted leave to file an amended complaint to cure the deficiencies of the complaint. If Plaintiff chooses to file an amended complaint he is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended

complaint to preserve them for appeal). Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff must file the amended complaint on this Court's approved prisoner civil rights form and it must be entitled "First Amended Complaint."

The Court notes that, if Plaintiff chooses to file an amended complaint curing the deficiencies, Plaintiff shall file the amended complaint within 30 days from the date of entry of this order. If Plaintiff chooses not to file an amended complaint, the Court will dismiss this action with prejudice for failure to state a claim.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that, if Plaintiff chooses to file an amended complaint curing the deficiencies of his complaint, Plaintiff shall file the amended complaint within 30 days from the date of entry of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, a copy of his original complaint (ECF No. 1-1, 1-2), and a copy of the screening order (ECF No. 3). If Plaintiff chooses to file an amended complaint, he must use the approved form and he shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that, if Plaintiff fails to file an amended complaint, the Court will dismiss this action, with prejudice, as amendment would be futile and for failure to state a claim.

DATED: This 12 day of July 2017.

_____
United States District Judge

2